IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KARRIEM ABDULLAH,           ) | |
| )   | |
| Petitioner,           ) | |
| )   | |
| v           ) | Civil Action No. 3:07cv1000-ID |
| )   | |
| UNITED STATES OF AMERICA,           ) | |
| )   | |
| Respondent.           ) | |

**O R D E R**

On November 7, 2007 (Doc. No. 1), the petitioner filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 in which he challenges his convictions and sentence for controlled substance offenses.  Upon review of the petitioner's motion, the undersigned concludes that a limited response from the government is necessary at this time.  Accordingly, the CLERK is hereby DIRECTED to serve a copy of the petitioner's § 2255 motion upon the United States Attorney for the Middle District of Alabama.  The United States Attorney is

ORDERED to file a response to the petitioner's motion within thirty (30) days from the date of this order addressing the following matters:

1. The petitioner's claim that he is actually innocent of the crimes for which he was convicted.

2. The applicability of the one-year period of limitation in this case pursuant to the provisions contained in 28 U.S.C. § 2255.

The government is advised that its response should contain a detailed procedural history, all relevant records, and citations to applicable case law necessary for the court to assess the petitioner's claim of actual innocence and to determine the applicability of the limitation period contained in 28 U.S.C. § 2255. Should the government's response to the instant order indicate that this case must proceed on the merits, the government will be given an adequate opportunity to file a response addressing all claims presented in the petitioner's § 2255 motion.

Done this 15th day of November, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE