**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK             TELEPHONE (334) 954-3600

November 26, 2007

**NOTICE OF REASSIGNMENT**

RE:    Abdullah v. USA

        Civil Action No. 3:07cv1000-ID

The above-styled case has been reassigned to District Judge W. Keith Watkins. Please note that the number case number will be 3:07cv1000-WKW.