| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Melyn Baker*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Mehgan Baker   C. Date of Delivery: 11-16-07 |
| 1. Article Addressed to:<br><br>Leura Garrett Canary<br>U. S. Attorney's Office<br>131 Clayton Street<br>Montgomery, AL 3610 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:07CV1000<br>#2 order |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 1490 0000 0024 9711 |

Domestic Return Receipt   102595-02-M-1540