IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KARRIEM ABDULLAH | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:07cv1000-ID |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**UNITED STATES' MOTION TO FILE RESPONSE OUT OF TIME**

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and submits this motion to file response to Defendant Karriem Abdullah's 28 U.S.C. §2255 Motion out of time, and as grounds states the following:

1. The government's response to Karriem Abdullah's § 2255 motion was due December 17, 2007.

2. The undersigned Assistant United States Attorney assigned to this case is currently out on vacation for the Christmas holiday. The government respectfully requests a 30 day extension until January 17, 2007, in which to file its response.

3. Defendant will not be prejudiced by a short continuance.

Respectfully submitted on this 18th day of December , 2007.

                LEURA G. CANARY
                UNITED STATES ATTORNEY


                /s/Kent B. Brunson
                KENT B. BRUNSON
                131 Clayton Street
                Montgomery, AL 36104
                Phone:  (334) 223-7280
                Fax:  (334) 223-7135
                E-mail:  kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **KARRIEM ABDULLAH** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 3:07cv1000-ID** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system; and I hereby certify that I have mailed by United States Postal Service the Motion to File Response Out of Time to the following non-CM/ECF participant: Karriem Abdullah, 10089-002, Forrest City Medium, Federal Correctional Institution, P.O. Box 3000, Forrest City, AR 72336.

Respectfully submitted,

/s/Kent B. Brunson
KENT B. BRUNSON
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: kent.brunson@usdoj.gov