IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KARRIEM ABDULLAH,           )
           )
        Petitioner,       )
           )
v                         )      Civil Action No. 3:07cv1000-WKW
           )
UNITED STATES OF AMERICA,   )
           )
        Respondent.     )

## ORDER ON MOTION

Upon consideration of the motion for extension of time filed by the United States on

December 18, 2007 (Doc. No. 5), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the United States be GRANTED an extension from December 17,

2007, to and including January 18, 2008, to file a response to the petitioner's 28 U.S.C.

§ 2255 motion in compliance with this court's order entered on November 15, 2007.

Done this 18th day of December, 2007.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE