IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KARRIEM ABDULLAH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:07-cv-1000-WKW |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the June 12, 2007, Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

❏    This party is an individual, or

☒    This party is a governmental entity, or

❏    There are no entities to be reported, or

⊠    The following entities and their relationship to the party are hereby reported: None.

Dated this the 18th day of January, 2008.

LEURA G. CANARY
United States Attorney

By:    /s/Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United

States Postal Service the document to the following non-CM/ECF participant:

Karriem Abdullah
Reg. No. 10089-002
Forrest City Medium
Federal Correctional Institution
P.O. Box 3000
Forrest City, AR 72336

s/Kent B. Brunson
Assistant United States Attorney