Karriem Abdullah
10089-002
Forrest City FCC-MED
P.O. Box 3000
Forrest City, AR 72336

Movant in **Propria Persons**

2008 JAN 30  A  9: 45

U.S. DISTRICT COU..,
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**Karriem Abdullah,**                )
                                     )
                    **Movant,**      ) Civil Action No. **3:07-cv-1000-WKW**
                                     )
                                     ) REQUEST TO ENTER DEFAULT
vs.                                  )
                                     ) Fed. R. Civ. P. 55(a)
                                     )
                                     )
United States of America,            )
                                     )
          Respondent.                )

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

Karriem Abdullah requests that the Clerk of this Court
enter the default of the United States of America for failure

to plead or otherwise defend in a timely manner Respondent as provided by **Rule** **55** (a) of the Federal Rules of Civil Procedure.

This request is based on the attached affidavit of Karriem Abdullah, which shows:

1.  The United States of America was served with a Notice to Respond on  or before December 15, 2007.

2.  The Notice to Respond filed by this Court on establishes that service was proper pursuant to **Rule** **4** and **5** of the Federal Rules of Civil Procedure. A file-stamped copy of the Notice to Repond is attached to the Affidavit of Karriem Abdullah as Exhibit "A".

3.  The United States of America, Respondent, has failed to otherwise respond to the **28** **U.S.C.** **§** **2255** Motion.

4.  The applicable time limit for responding has expired.

5.  The United States of America is not an infant or an incompetent person.

Dated: _January 25, 2008_
       Forrest City, Arkansas

                                          _Karriem Abdul Lah_
                                          Karriem Abdullah
                                          10089-002
                                          Pro Se
                                          Movant
                                          Forrest City FCC-MED
                                          P.O. Box 3000
                                          Forrest City, AR 72336

Sworn to before me this 25 day
of January, 2008.

_Sara K. Abbott_
Notary Public

## CERTIFICATE OF SERVICE

I, _____ **Karriem Abdullah** _____ , duly certify, under the penalty of perjury, that on the _25_ Day of _January_ _____ ,200 8 , I mailed _____ a _____ true _____ copy _____ of _____ the annexed _____ Request for Entry of Default _____ , VIA First Class United States Mail to

United States Attorney
Middle District of Alabama
P.O. Box 197
Montgomery, AL 36101-0197

Karriem Abdullah
PRO SE