IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KARRIEM ABDULLAH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:07cv1000-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

The petitioner has indicated (*see* Doc. Nos. 10 & 11) that he has not received a copy of the government's response to his 28 U.S.C. § 2255 motion in compliance with this court's orders. Accordingly, and in the interest of judicial economy,

1. The Clerk is DIRECTED to serve upon the petitioner copies of the government's response and accompanying attachments (Doc. No. 7) and the court's order of January 22, 2008 (Doc. No. 9); and

2. The petitioner is GRANTED an extension from February 12, 2008, to and including February 22, 2008, to show cause why his 28 U.S.C. § 2255 motion should not be dismissed as it was not filed within the one-year limitation period established by the

AEDPA and for the other reasons stated in the government's response.

Done this 31st day of January, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE