IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2008 FEB 14 A 9:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

KARRIEM ABDULLAH,            )
                             )
            Petitioner,      )      No. 3:07cv1000-WKW
                             )
v.                           )
                             )
UNITED STATES OF AMERICA,    )
                             )
            Respondent.      )

### OBJECTIONS TO THE
### RECOMMENDATION OF THE
### MAGISTRATE JUDGE

COMES NOW, **Karriem Abdullah**, movant pro se, and as and for his objections to the recommendation of the Magistrate Judge, respectfully shows that:

### OBJECTION

Movant submits that the doctrine of actual innocence as presented in his motion-in-chief, and his reply, is sufficient,

qua non, to open the AEDPA gateway in this action.

Signed under the penalty of perjury this 11th day of February, 2008 at Forrest City, Arkansas.

Respectfully Submitted:

*[signature]*
Karriem Abdullah
Pro Se
10089-002
PO Box 3000
Forrest City FCC-MED
Forrest City, AR 72336

2

## CERTIFICATE OF SERVICE

I, __Karriem Abdullah__, duly certify, under the penalty of perjury, that on the __11__ Day of __February__, 200__8__, I mailed a true copy of the annexed __an Obection to the Recommendation of the Magistrate Judge__, VIA First Class United States Mail to

UNITED STATES ATTORNEY
MIddle District of Alabama
One Court Square
Montgomery, AL 36104

_(signature)_
Karriem Abdullah
PRO SE



K. Abdullah
10085-002

Clerk of Court
US District Court
PO Box 711
Montgomery, AL
36101