IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KARRIEM ABDULLAH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-1000-WKW |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On January 31, 2008, the Magistrate Judge filed a Recommendation (Doc. # 13) in this case, denying petitioner's Motion for Default Judgment (Doc. # 10). The petitioner filed an objection (Doc. # 15).[1]

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The objection (Doc. # 15) is OVERRULED;

2. The Recommendation (Doc. # 13) of the Magistrate Judge is ADOPTED;

3. The Motion for Default Judgment (Doc. # 10) is DENIED;

4. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 20th day of February, 2008.

                                           /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE

---

[1] The petitioner's objection does not relate to the motion before the court, a motion for default judgment. His objectione states "the doctrine of actual innocence as presented in his motion-in-chief, and his reply, is sufficient, qua non, to open the AEDPA gateway in this action." (Doc. # 15.)