**Karriem Abdullah**
10089-002
Forrest City FCC-MED
PO Box 3000
Forrest City, AR 72336

February 23, 2008

Office of the Clerk
U.S. District Court
PO Box 711
Montgomery, AL 36101-0711

RECEIVED
2008 MAR -3 A 9: 50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Re: **No. 2:07-CV-1000-WKW**

Dear Sir or Madam:

Please be advised, effective immediately my new address is:

**Karriem Abdullah**
10089-002
PO Box 38
Fort Dix FCI
Fort Dix, NJ 08640

Please update your records.

Sincerely yours,

*Karriem Abdullah*
Karriem Abdullah

CC: United States Attorney
    Middle District of Alabama
    Northern Division
    PO Box 711
    Montgomery, AL 36101

Karriem Abdullah
10089-002
Forrest City F.C.C. — Med
P.O. Box 3000
Forrest City, AR
　　　　72336



U.S. Attorney
Nothern Division
P.O. Box 711
Montgomery, Al.
　　　36101