In The District Court of The United States
For The Middle District of Alabama
Eastern Division

United States of America

v.

Karriem Abdullah

Civil Action No. 3:07cv1000-ID
(CR. N.O. 3:97cr225-ID)

Re: Recommendation of the magistrate Judge.
Re: Extension of Time.

On February 24, 2008, Mr. Abdullah was in the process of leaving - FCC Forrest City- Med. Which Mr. Abdullah informed the Court of this process in a via Motion/letter of Changed Address. (See) Clerk records.

On February 24, 2008 until March 17, 2008. Mr. Abdullah was in the transfer center at Oklahoma City, Oklahoma.

On March 17, 2008 Mr. Abdullah was transfered to FCI Fort Dix N.J. Which upon arrival in a process of this matter. Mr. Abdullah is not properly prepared to respond to the procedures of this court at the present

Moment as following:

A) Mr. Abdullah transfer has put him in an position of halt, because at this time Mr. Abdullah recieved the Magistrate Recommandation on March 18, 2008 by unit officer of building 5811 of Fort Dix Compound. Asked would he sign for varification for the court answered "NO!!, I don't want my name on no court documents I don't want to have to go to court if for some reason".

B.) As of this date March 19, 2008 Mr. Abdullah doesn't have his property with all his legal material and exhibit for a response at this present moment. Which this matter can be between March 19, 2008 until and thure March 28, 2008. Mr. Abdullah was informed that it takes approximately (1) one or (2) two weeks before recieving.

C) In this matter Mr. Abdullah is asking that this court take into consideration that an extension of time is warrantted. If not in a situation of this magnitude the defandant would have responded in a proper timely matter of this court Recommendation and Order of March 26, 2008.

D.) Mr. Abdullah is asking this Court to grant him an extension of time in the above matter.

Done this 20th day of March 2008

[signature]
Pro Se Defendant
Karreim Abdullah
Reg. No. 10089-002
Fort Dix FCI
East: P.O. Box 2000 /
West: P.O. Box 7000
Fort Dix, NJ 08640

Clerk: Will you serve all other parties of Interest in this matter, because of limit resources.

Under Penalty of Perjury
On March 20 2008

[signature]

**WALTER T. BIEDERBECK JR.**
**NOTARY PUBLIC OF NEW JERSEY**
Commission Expires 2/28/2011

INMATE NAME: Kaneium Abdullah
REGISTER NO.: 10089-002
HOUSING UNIT: 5811
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640

United States District Court
Office of The Clerk
P.O. Box 711
Montgomery, Alabama 36101-0711