IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KARRIEM ABDULLAH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 3:07cv1000-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Petitioner has filed a motion for extension of time to file objections to the Recommendation of the Magistrate Judge entered on March 13, 2008. (Doc. No. 19.) Upon consideration of this motion, and for good cause, it is

ORDERED that the motion for extension of time (Doc. No. 19) be and is hereby GRANTED. It is further

ORDERED that Petitioner be and is hereby GRANTED an extension from March 26, 2008, to and including April 14, 2008, to file his objections to the Recommendation of the Magistrate Judge.

Done this 31st day of March, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE