IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KARRIEM ABDULLAH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-1000-WKW |
| | ) (WO) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**<u>ORDER</u>**

On March 13, 2008, the Magistrate Judge filed a Recommendation (Doc. # 18) that petitioner's motion for relief be denied and the case be dismissed because the petitioner failed to bring his claim within one year of his conviction becoming final.  No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1.  The Recommendation (Doc. # 18) of the Magistrate Judge is ADOPTED;

2.   The petitioner's motion to vacate, set aside, or correct sentence (Doc. # 1) is DENIED;

3.  This case is DISMISSED.

An appropriate judgment will be entered.

DONE this 23rdday of April, 2008.

                                              /s/  W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE